KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York  10022-4611
(212) 446-4800
Eric F. Leon (EL-5780)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BILL KOLB JR. SUBARU, INC.,

   Plaintiff,

- against -

IDEARC MEDIA CORP.,

   Defendant.

Case No.:

**RULE 7.1 STATEMENT OF IDEARC MEDIA CORP.**

08 CIV. 4212

JUDGE CONNER

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Idearc Media Corp. ("Idearc"), a nongovernmental corporate party, makes the following disclosure statement.

**I. PARENT CORPORATIONS:**

   Idearc Information Services LLC, a subsidiary of Idearc Inc.

**II. PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK:**

   None.

Dated: New York, New York
   May 2, 2008

              _____
              Eric F. Leon
              (EL-5780)
              KIRKLAND & ELLIS LLP
              153 East 53rd Street
              New York, New York  10022-4611
              Telephone: (212) 446-4800
              Facsimile: (212) 446-4900

              Attorneys for Defendant
              IDEARC MEDIA CORP.

TO: Kevin T. Mulhern, P.C.
Prel Plaza - Suite 8
60 Dutch Hill Road
Orangeburg, New York  10962
(845) 398-0361
Attorneys for Plaintiff

CLERK
Supreme Court of the State of New York
County of Rockland