UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BILL KOLB JR. SUBARU, INC.,

            Plaintiff,

, - against -

IDEARC MEDIA CORP.,

            Defendant.

Case No.:   08 CV 4212 (WCC)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF NEW YORK )

      Joseph J. Cali, being duly sworn, deposes and says:

      1.     That I am over eighteen years of age, am employed by Kirkland & Ellis LLP, and am not a party to this action.

      2.     That on the 2nd day of May, 2008, I served a true and correct copy of Defendant Idearc's: 1) Notice of Removal with Exhibit A attached thereto, 2) Civil Cover Sheet, 3) Rule 7.1 Statement, 4) Individual Practice Rules of Judge Conner, 5) Individual Practice Rules of Magistrate Smith, 6) 3rd Amended Instructions for Filing an Electronic Case or Appeal, 7) Procedures for Electronic Case Filing and 8) Guideline for Electronic Case Filing, by hand upon:

                              Kevin T. Mulhearn, P.C.
                              Prel Plaza -Suite 8
                              60 Dutch Hill Road
                            Orangeburg, New York 10962
                              Attorney for Plaintiff

                                      _____
                                      Joseph J. Cali

Sworn to before me this
5th day of May, 2008

_____
Notary Public

STEVEN WATTENBERG
Notary Public, State of New York
No. 01WA4946154
Qualified in New York County
Commission Expires 1/27/2011