**ORIGINAL**

KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
(212) 446-4800
Eric F. Leon (EL-5780)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BILL KOLB JR. SUBARU, INC.,

    Plaintiff,

- against -

IDEARC MEDIA CORP.,

    Defendant.

Case No.:   08 CV 4212 (WCC)

**STIPULATION OF ADJOURNMENT**

ECF CASE

IT IS HEREBY STIPULATED by and between the undersigned counsel for plaintiff BILL KOLB JR. SUBARU, INC. and defendant IDEARC MEDIA CORPORATION, that the deadline for defendant to answer or otherwise respond to plaintiff's complaint, which is currently May 9, 2008, shall be and the same hereby is adjourned to May 19, 2008.

Dated: New York, New York
      May 8, 2008

KEVIN T. MULHERN, P.C.
Attorneys for Plaintiff
BILL KOLB JR. SUBARU, INC.

By: _____
    Kevin T. Mulhern, P.C.
Prel Plaza - Suite 8
60 Dutch Hill Road
Orangeburg, New York 10962
Telephone:   (845) 398-0361

KIRKLAND & ELLIS LLP
Attorneys for Defendant
IDEARC MEDIA CORP

By: _____
    Eric F. Leon, Esq.
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SO ORDERED.
Dated: May 9, 2008
      White Plains, NY

_____
WILLIAM C. CONNER, Senior U.S.D.J.

E- COPIES MAILED TO COUNSEL OF RECORD