KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
(212) 446-4800
Eric F. Leon (EL-5780)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BILL KOLB JR. SUBARU, INC., <br><br> Plaintiff, <br><br> - against - <br><br> IDEARC MEDIA CORP., <br><br> Defendant. | Case No.:   08 CV 4212 (WCC) <br><br> **STIPULATION OF ADJOURNMENT** |

IT IS HEREBY STIPULATED by and between the undersigned counsel for plaintiff BILL KOLB JR. SUBARU, INC. and defendant IDEARC MEDIA CORPORATION, that the deadline for defendant to answer or otherwise respond to plaintiff's complaint, which is currently May 19, 2008, shall be and the same hereby is adjourned to May 22, 2008.

Dated: New York, New York
       May 14, 2008

KEVIN T. MULHERN, P.C.
Attorneys for Plaintiff
BILL KOLB JR. SUBARU, INC.

By:   Kevin T. Mulhern, P.C.
Prel Plaza - Suite 8
60 Dutch Hill Road
Orangeburg, New York 10962
Telephone:   (845) 398-0361

KIRKLAND & ELLIS LLP
Attorneys for Defendant
IDEARC MEDIA CORP

By:   Eric F. Leon, Esq.
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

So Ordered
May 19, 2008

William C. Conner
Sr. U.S.D.J.

COPIES MAILED TO COUNSEL OF RECORD