KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
(212) 446-4800
Eric F. Leon (EL-5780)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BILL KOLB JR. SUBARU, INC., <br><br> Plaintiff, <br><br> - against - <br><br> IDEARC MEDIA CORP., <br><br> Defendant. | Case No.:   08 CV 4212 (WCC) <br><br> **NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

PLEASE TAKE NOTICE that based upon the accompanying memorandum of law and the accompanying declaration of Eric F. Leon, defendant IDEARC MEDIA CORP. will respectively move this Court, before the Honorable William C. Conner, United States District Judge, at a date and time to be determined by the Court, for an order (a) dismissing with prejudice the Complaint in this matter for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6); and (b) granting defendant such other and further relief as the Court may deem just.

Dated: New York, New York
       May 21, 2008

_____
Eric F. Leon
(EL-5780)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

Attorneys for Defendant
IDEARC MEDIA CORP.