**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BILL KOLB JR. SUBARU, INC.,

         Plaintiff,

- against -

IDEARC MEDIA CORP.,

         Defendant.

---

Case No.: 08 CV 4212 (WCC)

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

ECF CASE

IT IS HEREBY STIPULATED by and between the undersigned counsel for plaintiff BILL KOLB JR. SUBARU, INC. and defendant IDEARC MEDIA CORPORATION, that the above-captioned action is voluntarily dismissed in all respects, inclusive of all claims by all parties, with prejudice and without costs or attorneys' fees to either party.

Dated:     White Plains, New York
            July 8, 2008

KEVIN T. MULHERN, P.C.
Attorneys for Plaintiff

By: _____
Kevin T. Mulhern, P.C. (KM2301)
Prel Plaza - Suite 8
60 Dutch Hill Road
Orangeburg, New York 10962
Telephone: (845) 398-0361

KIRKLAND & ELLIS LLP
Attorneys for Defendant

By: _____
Eric F. Leon, Esq.
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

SO ORDERED

_____
Judge William C. Conner
Senior United States District Court Judge.

DATED: White Plains, NY
July 11, 2008

USDC SDNY
DOC[...]
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-
COPIES MAILED TO [...]